04-14-00734-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
2/20/2015 1:45:38 PM
KEITH E. HOTTLE
Clerk

IN THE COURT OF APPEALS FOR
THE FOURTH DISTRICT OF TEXAS
SITTING AT SAN ANTONIO

SANDRA SAKS, LEE NICK MCFADIN, III
and MARGARET LANDEN SAKS,

Appellants,

v.

BROADWAY COFFEEHOUSE, LLC,

Appellee.

On appeal from District Court, 73rd Judicial District, Bexar County, Texas
Honorable Antonia Arteaga, presiding
Trial Court Cause No. 2013-CI-17001

APPELLANTS' APPENDIX

Respectfully submitted,

Philip M. Ross
ORAL ARGUMENT REQUESTED      State Bar No. 017304200
1006 Holbrook Road
San Antonio, Texas 78218
Phone: 210/326-2100
Email: ross_law@hotmail.com
By:  /s/ Philip M. Ross
Philip M. Ross
Attorney for Appellants

APPENDIX

TAB

1       DOCKET INFORMATION

2       ORDER granting summary judgment, dated May 7, 2013

3       JUDGMENT, dated October 20, 2014

4       ORDER setting amount of supersedeas bond dated  October 31, 2014

5       NOTICE OF APPEAL, dated October 20, 2014

6       SUPPLEMENT TO NOTICE OF APPEAL, dated February 20, 2015

Respectfully submitted,

/s/ Philip M. Ross
Philip M. Ross
State Bar No. 17304200
1006 Holbrook Road
San Antonio, Texas 78218
Phone: 210/326-2100
Email: ross_law@hotmail.com

ATTORNEY FOR APPELLANTS
SANDY SAKS, LEE NICK
MCFADIN, III AND MARGARET
LANDEN SAKS

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been e-filed and served on February 20, 2015 by email pursuant to agreement to Paul T. Curl and Royal B. Lea, III.

/s/ Philip M. Ross
Philip M. Ross

# TAB 1

# DOCKET INFORMATION

# ＊ D O C K E T   I N F O R M A T I O N ＊

CAUSE NUM: 2013CI17001

DATE FILED:  10/10/2013          COURT: 073        UNPAID BALANCE:      0.00

TYPE OF DOCKET: OTHER CONTRACT

## ＊ ＊ ＊ S T Y L E ＊ ＊ ＊

      BROADWAY COFFEEHOUSE LLC

         VS MARCUS ROGERS ET AL

ACCOUNT TYPE:              ACCOUNT NO:

ACCESS: 0                 STATUS: DISPOSED

LIST TYPE: C

## ＊ L I T I G A N T   I N F O R M A T I O N ＊

| SEQ   LAST /FIRST /MIDDLE NAME | LIT. TYPE/ATTORNEY | DATE |
|---|---|---|
| 00001 BROADWAY COFFEEHOUSE LLC | PLAINTIFF | 10/10/2013 |
| | 00001 NEIL, BRITTANY M | |
| | 00002 CURL, PAUL T | |
| 00002 ROGERS MARCUS | DEFENDANT | 10/10/2013 |
| | 00004 BINGHAM, BENJAMIN R | |
| | 00009 LEA III, ROYAL B | |
| 00003 SAKS BROADWAY LLC | DEFENDANT | 10/10/2013 |
| | 00004 BINGHAM, BENJAMIN R | |
| 00004 SAKS SANDRA | DEFENDANT | 10/10/2013 |
| 00005 FLORES DIANE M | DEFENDANT | 10/10/2013 |
| 00006 FLORES DIANA GARZA | DEFENDANT | 10/10/2013 |
| 00007 MERRIMAN LAUREN SAKS | DEFENDANT | 10/10/2013 |
| | 00006 ATTORNEY NAME NOT FOUND | |
| | 00007 RODRIGUEZ, JAMES A | |
| 00008 SAKS GLORIA LAUREN NICOLE | DEFENDANT | 10/10/2013 |
| 00009 SAKS LANDEN | DEFENDANT | 10/10/2013 |
| 00010 MCFADIN LEE NICK III | DEFENDANT | 10/10/2013 |
| | 00005 ROSS, PHILIP M | |
| 00011 DAVIS SANDRA GARZA | DEFENDANT | 10/10/2013 |
| 00012 THE SAKS CHILDREN TRUST | OTHER | 10/10/2013 |
| 00013 ATFLGL | OTHER | 10/10/2013 |
| 00015 SAKS MARGARET LANDEN | DEFENDANT | 10/10/2013 |
| | 00005 ROSS, PHILIP M | |
| 00016 SAKS SANDRA C | DEFENDANT | 10/10/2013 |
| | 00005 ROSS, PHILIP M | |
| 00017 FLORES DIANA | DEFENDANT | 11/12/2013 |
| | 00003 SHAW, RONALD J | |

---

00018 5321 BROADWAY PARTNERS              DEFENDANT           06/12/2014
                                 00009 LEA III, ROYAL B


                    * S E R V I C E S    I N F O R M A T I O N *
SEQ   SERVICE TYPE / DATES              DIST   LITIGANT NAME


00001 CITATION                            4    ROGERS MARCUS
        ISS: 10/11/2013  REC: 10/17/2013  EXE: 10/22/2013  RET: 10/23/2013


00002 CITATION                            4
        ISS: 10/11/2013  REC:             EXE:           RET:


00003 CITATION                            4    SAKS SANDRA
        ISS: 10/11/2013  REC:             EXE:           RET:


00004 CITATION                            4    FLORES DIANE M
        ISS: 10/11/2013  REC: 10/17/2013  EXE: 10/22/2013  RET: 10/24/2013


00005 CITATION                            4    MERRIMAN LAUREN S
        ISS: 10/11/2013  REC: 10/17/2013  EXE: 11/15/2013  RET: 12/19/2013


00006 CITATION                            4    SAKS LANDEN
        ISS: 10/11/2013  REC:             EXE:           RET:


00007 CITATION                            4    MCFADIN III LEE N
        ISS: 10/11/2013  REC: 10/17/2013  EXE: 11/19/2013  RET: 11/21/2013


00008 CITATION                            4
        ISS: 10/18/2013  REC: 10/24/2013  EXE: 10/25/2013  RET: 10/29/2013


00009 CITATION                            4    SAKS SANDRA C
        ISS: 10/18/2013  REC: 10/24/2013  EXE: 10/29/2013  RET: 10/31/2013


00010 CITATION                            4    SAKS MARGARET L
        ISS: 10/18/2013  REC:             EXE:           RET:


00011 NOTICE OF ORDER RULE 306A         152    WEIL BRITTANY M
        ISS: 10/27/2014  REC:             EXE:           RET:


00012 NOTICE OF ORDER RULE 306A         152    CURL PAUL T
        ISS: 10/27/2014  REC:             EXE:           RET:


00013 NOTICE OF ORDER RULE 306A         152    SHAW RONALD J
        ISS: 10/27/2014  REC:             EXE:           RET:


00014 NOTICE OF ORDER RULE 306A         152    BINGHAM BENJAMIN R
        ISS: 10/27/2014  REC:             EXE:           RET:


00015 NOTICE OF ORDER RULE 306A         152    ROSS PHILIP M
        ISS: 10/27/2014  REC:             EXE:           RET:


00016 NOTICE OF ORDER RULE 306A         152    MERRIMAN LAUREN SAKS
        ISS: 10/27/2014  REC:             EXE:           RET:

00017 NOTICE OF ORDER RULE 306A          152    RODRIGUEZ JAMES A
          ISS: 10/27/2014  REC:          EXE:              RET:

00018 NOTICE OF ORDER RULE 306A          152    HILL HERBERT S
          ISS: 10/27/2014  REC:          EXE:              RET:

00019 NOTICE OF ORDER RULE 306A          152    LEA ROYAL B
          ISS: 10/27/2014  REC:          EXE:              RET:

00020 WRIT OF EXECUTION                  192    SAKS SANDRA C
          ISS: 12/01/2014  REC: 12/12/2014  EXE:          RET:

# ■ A T T O R N E Y   I N F O R M A T I O N ■

| SEQ | DATE FILED | BAR NBR. | NAME | STATUS | DATE |
|-----|-----------|----------|------|--------|------|
| 00001 | 10/10/2013 | 24051929 | WEIL, BRITTANY M | SELECTED | 10/11/2013 |
| 00002 | 10/17/2013 | 05255200 | CURL, PAUL T | SELECTED | 10/18/2013 |
| 00003 | 11/12/2013 | 18152300 | SHAW, RONALD J | SELECTED | 11/12/2013 |
| 00004 | 11/14/2013 | 02322350 | BINGHAM, BENJAMIN R | SELECTED | 11/14/2013 |
| 00005 | 11/19/2013 | 17304200 | ROSS, PHILIP M | SELECTED | 11/19/2013 |
| 00007 | 03/02/2014 | 24057667 | RODRIGUEZ, JAMES A | SELECTED | 03/05/2014 |
| 00008 | 06/09/2014 | 24067722 | HILL, HERBERT S | SELECTED | 06/10/2014 |
| 00009 | 06/12/2014 | 12069680 | LEA III, ROYAL B | SELECTED | 06/12/2014 |

# ■ P R O C E E D I N G   I N F O R M A T I O N ■

| SEQ | DATE FILED | REEL | IMAGE | PAGE COUNT |
|-----|-----------|------|-------|-----------|
| 00001 | 10/10/2013 | 0000 | 0000 | 0000 |

DESC: PLAINTIFF'S ORIGINAL PETITION

| 00002 | 10/10/2013 | 0000 | 0000 | 0000 |

DESC: CIVIL CASE INFORMATION SHEET

| 00003 | 10/10/2013 | 0000 | 0000 | 0000 |

DESC: REQUEST FOR
          7 CITS PPS

| 00004 | 10/10/2013 | 0000 | 0000 | 0000 |

DESC: SERVICE ASSIGNED TO CLERK 2

| 00005 | 10/17/2013 | 0000 | 0000 | 0000 |

DESC: SERVICE ASSIGNED TO CLERK 3

| 00006 | 10/17/2013 | 0000 | 0000 | 0000 |

DESC: REQUEST FOR
          3 CITS PPS

| 00007 | 11/12/2013 | 0000 | 0000 | 0000 |

DESC: MOTION FOR
          SUBSTITUTE SERVICE

| 00008 | 11/12/2013 | 0000 | 0000 | 0000 |

DESC: ANSWER OF
          DIANA FLORES

| 00009 | 11/14/2013 | 0000 | 0000 | 0000 |

DESC: ORIGINAL ANSWER OF
          MARCUS P ROGERS COURT APPOINTED INTERIM
          TRUSTEE FOR THE SAKS CHILDREN TRUST AKA

ATFL&L

00010  11/15/2013        0080    0800    0000
DESC: MOTION FOR
       SUBSTITUTE SERVICE

00011  11/19/2013        0000    0000    0000
DESC: ORIGINAL ANSWER OF
       SANDRA C SAKS & REQUEST FOR DISCLOSURE

00012  11/19/2013        0000    0000    0000
DESC: JURY FEE PAID

00013  11/21/2013        0009    0080    0000
DESC: ORIGINAL ANSWER OF
       SAKS BROADWAY LLC

00014  11/21/2013        0000    0000    0000
DESC: LETTER TO DISTRICT CLERK
       FR:  JENNIFER MCLAUGHLIN
       RE:  COPY ORIGINAL ANSWER AND ENCLOSED
       ENVELOPE

00015  12/16/2013        0000    0000    0000
DESC: ORIGINAL ANSWER OF
       MARGARET LANDEN SAKS AND REQUEST FOR
       DISCLOSURE

00016  12/16/2013        0000    0000    0000
DESC: ORIGINAL ANSWER OF
       LEE NICK MCFADIN III AND REQUEST FOR
       DISCLOSURE

00020  12/18/2013        0000    0000    0000
DESC: LETTER TO DISTRICT CLERK
       FROM REBECCA ESCOBEDO
       RE: PROCESS OF SERVICE

00018  12/19/2013        0800    0000    0000
DESC: MOTION TO
       SET ON JURY AND ADR DOCKETS

00021  03/02/2014        0000    0000    0090
DESC: ORIGINAL ANSWER OF
       LAUREN SAKS MERRIMAN

00022  04/30/2014        0080    0000    0000
DESC: NOTICE OF JURY TRIAL SETTING

00023  06/09/2014        0000    0000    0000
DESC: FIRST AMENDED PETITION

00025  06/12/2014        0080    0000    0000
DESC: ANSWER OF
       5521 BROADWAY PARTNERS

00027  06/13/2014        0000    0000    0008
DESC: MOTION FOR
       PARTIAL SUMMARY JUDGMENT

00028  06/13/2014        0000    0000    0000
DESC: NOTICE
       OF FILING OF SUPPLEMENT TO AFFIDAVIT IN
       SUPPORT OF MOTION FOR PARTIAL SUMMARY JU
       DGMENT

00038  06/27/2014        0000    0000    0000
DESC: MEDIATOR ASSIGNED

JOE CASSEB

00029   06/30/2014         0000    0000    0000
DESC: RESPONSE
        IN OPPOSITION TO MTN FOR PARTIAL SUMMARY
        JUDGMENT/MARGARET LANDEN SAKS

00030   06/30/2014         0000    0000    0000
DESC: RESPONSE
        IN OPPOSITION TO MTN FOR PARTIAL SUMMARY
        JUDGMENT/LEE NICK MCFADIN

00031   06/30/2014         0000    0000    0000
DESC: RESPONSE
        RESPONSE IN OPPOSITION TO  MOTION FOR PA
        RTIAL SUMMARY JUDGMENT

00032   07/01/2014         0000    0000    0000
DESC: RESPONSE
        TO MOTION FOR PARTIAL SUMMARY JUDGMENT O
        F BROADWAY COFFEE HOUSE LLC

00033   07/02/2014         0000    0000    0000
DESC: MOTION FOR
        LEAVE TO SUPPLEMENT SUMMARY JUDGEMENT
        EVIDENCE

00035   07/03/2014         0000    0000    0000
DESC: MOTION FOR DEFAULT JUDGMENT

00036   07/03/2014         0000    0000    0000
DESC: AFFIDAVIT OF
        BRITTANY WEIL RE: MILITARY SERVICE

00037   07/03/2014         0000    0000    0000
DESC: CERTIFICATE OF LAST KNOWN MAIL
        LAUREN SAKS MERRIMAN AKA GLORIA LAUREN N
        ICOLE SAKS

00040   07/11/2014         0000    0000    0000
DESC: CERTIFICATE OF SERVICE

00042   07/15/2014         0000    0000    0000
DESC: MOTION FOR
        (AMENDED) PARTIAL SUMMARY JUDGMENT

00044   07/25/2014         0000    0000    0000
DESC: MOTION TO ENTER
        SCHEDULING ORDER

00046   07/30/2014         0000    0000    0000
DESC: RESPONSE
        TO AMENDED MOTION FOR PARTIAL SUMMARY
        JUDGMENT

00047   07/31/2014         0000    0000    0000
DESC: RESPONSE
        IN OPPOSITIONTO PLAINTIFFS AMENDED
        MOTION FOR PARTIAL SUMMARY JUDGMENT

00048   07/31/2014         0000    0000    0000
DESC: RESPONSE
        IN OPPOSITION TO PLAINTIFFS AMENDED
        MOTION FOR PARTIAL SUMMARY JUDGMENT

00049   07/31/2014         0000    0000    0000
DESC: RESPONSE

IN OPPOSITION TO AMENDED MOTION FOR PART

IAL SUMMARY JUDGMENT

00059   07/31/2014        0000     0000     0000

DESC: RESPONSE

IN OPPOSITION TO AMENDED MOTION FOR PART

IAL SUMMARY JUDGMENT

00053   08/08/2014        0000     0000     0000

DESC: SECOND AMENDED

MOTION FOR LEAVE TO SUPPLEMENT SUMMARY J

UDGMENT EVIDENCE

00054   08/08/2014        0000     0000     0000

DESC: MOTION FOR

(SECOND) LEAVE TO SUPPLEMENT SUMMARY JUD

GMENT EVIDENCE

00055   08/18/2014        0000     0000     0000

DESC: OBJECTIONS TO

THE AFFIDAVITS OF SANDRA C SAKS, DIANA G

FLORES AND LEE NICK MCFADIN III

00056   08/19/2014        0000     0000     0000

DESC: HEARING/TRIAL CRT REPORTER ASS

CC CRAIG CARTER, 408TH DISTRICT COURT

00057   08/19/2014        0000     0000     0000

DESC: JUDGES DOCKET NOTES

00058   08/19/2014        0000     0000     0000

DESC: RULE 11 AGREEMENT

00059   09/16/2014        0000     0000     0000

DESC: CROSS ACTION

00060   09/25/2014        0000     0000     0000

DESC: NOTICE OF JURY TRIAL SETTING

LAUREN MERRIMAN

00062   09/28/2014        0000     0000     0000

DESC: ORIGINAL ANSWER OF

SANDRA C SAKS AND REQUEST FOR DISCLOSURE

00064   10/08/2014        0000     0000     0000

DESC: MOTION TO

BE EXCUSED FROM MEDIATION

00065   10/14/2014        0000     0000     0000

DESC: RESPONSE

IN OPPOSITION TO MOTION TO BE EXCUSED FR

OM MEDIATION W/ATTACHED PROPOSED ORD

00066   10/15/2014        0000     0000     0000

DESC: APPLICATION

FOR APPOINTMENT OF RECEIVER FOR SALE OF

REAL PROPERTY OF BROADWAY COFFEEHOUSE LL

C

00067   10/15/2014        0000     0000     0000

DESC: MOTION TO

SUPERSEDE JUDGMENT AND SET BOND AMOUNT

00068   10/15/2014        0000     0000     0000

DESC: RESPONSE

IN OPPOSITION TO APPLICATION FOR

APPOINTMENT OF A REVEIVER FOR SALE OF

REAL PROPERTY

00069    10/15/2014          0000     0000     0000
         DESC: NOTICE
              OF FILING OF RULE II AGREEMENT

00070    10/20/2014          0000     0000     0000
         DESC: BRIEF
              TRIAL BRIEF IN OPPOSITION TO CLAIMS FOR
              ATTORNEYS FEES AND COSTS

00071    10/20/2014          0000     0000     0000
         DESC: BRIEF
              TRIAL BRIEF SUPERSEDEAS BOND WITH PROPOS
              ED ORDER

00072    10/20/2014          0000     0000     0000
         DESC: NOTICE OF APPEAL
              EMAIL SENT TO CRAIG CARTER, 408TH DISTRI
              OF SANDRA SAKS LEE NICK MCFADIN III AND
              MARGARET LANDEN SAKS
              ATTY PHILIP H ROSS

00073    10/20/2014          0000     0000     0000
         DESC: DATE DUE IN 4TH CCA
              12/19/2014

00077    10/20/2014          0000     0000     0000
         DESC: CASE CLOSED FINAL JUD AFTER NO

00074    10/21/2014          0000     0000     0000
         DESC: CONFIRMATION PAGE SENT SUCCESS
              4TH CRT OF APPEALS(NOTICE OF APPEAL)

00076    10/21/2014          0000     0000     0000
         DESC: AMENDED
              M/T SUSPEND AND SUPERSEDE JUDGMENT AND T
              O SET THE AMOUNT OF SUPERSEDEAS BOND

00078    10/28/2014          0000     0000     0000
         DESC: LETTER FROM 4TH COURT OF APPEA

00079    10/28/2014          0000     0000     0000
         DESC: LETTER FROM 4TH COURT OF APPEA

00080    10/28/2014          0000     0000     0000
         DESC: LETTER/CLERK'S RECORD FEE DUE
              PHILIP H ROSS
              $919.00 VIA E-MAIL

00083    10/31/2014          0000     0000     0000
         DESC: RESPONSE
              TO AMENDED MOTION TO SUSPEND AND SUPERSE
              DE JUDGMENT AND TO SET THE AMOUNT OF SUP
              ERSEDEAS BOND

00084    11/06/2014          0000     0000     0000
         DESC: LETTER FROM 4TH COURT OF APPEA

00085    11/10/2014          0000     0000     0000
         DESC: LETTER FROM 4TH COURT OF APPEA

00086    11/13/2014          0000     0000     0000
         DESC: REQUEST FOR CLERK'S RECORD

00087    11/17/2014          0000     0000     0000
         DESC: LETTER FROM 4TH COURT OF APPEA

00088    11/18/2014          0000     0000     0000
         DESC: LETTER FROM 4TH COURT OF APPEA

00089    11/19/2014         0000     0000     0000
         DESC: LETTER FROM 4TH COURT OF APPEA
00092    11/20/2014         0000     0000     0000
         DESC: REQUEST FOR SERVICE AND PROCES
00090    11/21/2014         0000     0000     9000
         DESC: LETTER FROM 4TH COURT OF APPEA
00091    11/21/2014         0000     0000     0000
         DESC: LETTER FROM 4TH COURT OF APPEA
00093    11/24/2014         0000     0000     0000
         DESC: LETTER FROM 4TH COURT OF APPEA
00094    11/24/2014         0000     0000     0000
         DESC: LETTER FROM 4TH COURT OF APPEA
00095    12/01/2014         0000     0000     9000
         DESC: LETTER/CLERK'S RECORD FEE DUE
               PHILIP M ROSS
               $939.00 VIA E-MAIL (DESIGNATION FILED)


                    * T R I A L    I N F O R M A T I O N *

| SEQ | DATE FILED | COURT | SETT. DATE | TIME | ATTY |
|---|---|---|---|---|---|
| 00017 | 12/19/2013 | 131 | 10/20/2014 | 08:30AM | PTC |

         DESC: JURY TRIAL SET

| 00018 | 12/19/2013 | | | | |

         DESC: MOTION TO
               SET ON JURY AND ADR DOCKETS

| 00019 | 12/19/2013 | 285 | 06/13/2014 | 08:30AM | PTC |

         DESC: SET A.D.R. DOCKET
               **RESET TO 06/27/14** PER ADR CLERK

| 00024 | 06/12/2014 | 285 | 06/27/2014 | 08:30AM | |

         DESC: SET A.D.R. DOCKET

| 00026 | 06/13/2014 | 109 | 07/08/2014 | 08:30AM | BMW |

         DESC: NON-JURY TRIAL
               HEARING ON PARTIAL SUMMARY JUDGMENT
               **DROPPED**

| 00039 | 06/27/2014 | 000 | 09/05/2014 | | |

         DESC: MEDIATION HRNG SET

| 00034 | 07/03/2014 | 109 | 07/08/2014 | 08:30AM | BMW |

         DESC: NON-JURY TRIAL
               SETTING ON M/F LEAVE TO SUPPLEMENT SUM-
               MARY JUDGMENT EVIDENCE **DROPPED**

| 00041 | 07/15/2014 | 109 | 08/06/2014 | 08:30AM | PTC |

         DESC: NON-JURY TRIAL
               SETTING ON 1ST AMENDED M/F SUMMRY JUDGT
               ***DROPPED***

| 00043 | 07/25/2014 | 057 | 07/30/2014 | 08:30AM | PTC |

         DESC: JURY MON/DOCKET SET
               SETTING ON M/T ENTER SCHDLNG ORDER

| 00045 | 07/30/2014 | 131 | 10/20/2014 | 08:30AM | |

         DESC: JURY TRIAL RESET
               **PER SCHDLNG ORDER**

| 00051 | 08/04/2014 | 109 | 08/19/2014 | 08:30AM | |

         DESC: NON-JURY TRIAL

RESET ON 1ST AMENDED M/F SUMMARY

JUDGMENT

***ASSIGNED TO JUDGE NOLL***

00052   08/08/2014          109          08/19/2014 08:30AM

DESC: NON-JURY TRIAL

SETTING ON 2ND M/F LEAVE TO SUPPLEMENT

SUMMARY JUDGMENT EVIDENCE

***ASSIGNED TO JUDGE NOLL***

00063   10/06/2014          438          12/15/2014 08:30AM      BMW

DESC: SET A.D.R. DOCKET

00075   10/21/2014          109          10/26/2014 09:00AM      PR

DESC: NON-JURY TRIAL

SETTING ON AMD M/T SUSPEND JUDGMENT AND

TO SET THE AMOUNT OF SUPERSEDEAS BOND

**DROPPED**

00082   10/27/2014          109          10/31/2014 03:00PM      PMR

DESC: NON-JURY TRIAL

SETTING ON M/T SET AMOUNT OF SUPERSEDEAS

BND **TO BE HEARD BY JDG ARTEAGA**

00081   10/28/2014          109          10/31/2014 03:00PM      PR

DESC: NON-JURY TRIAL

SETTING ON M/T SET AMOUNT OF SUPERSEDEAS

BOND **TO BE HEARD BY JDG ARTEAGA**


* O R D E R   I N F O R M A T I O N *

| SEQ | DATE FILED | JUDGE NAME | VOLUME | PAGE | PAGE CNT | AMOUNT | SDF |
|-----|-----------|-----------|--------|------|----------|--------|-----|
| 00001 | 11/12/2013 | JOHN D. GABRIEL, JR. | 4125 | 1622 | 0002 | 0.00 | |

DESC: ORDER GRANTING RULE 106

ON DEFT LAUREN SAKS MERRIMAN A/K/A

GLORIA LAUREN NICOLE SAKS

| 00002 | 11/15/2013 | DAVID A. CANALES | 4125 | 2407 | 0002 | 0.00 | |

DESC: ORDER GRANTING RULE 106

ON DEFT LEE NICK MCFADIN III

| 00003 | 06/27/2014 | RICHARD E. PRICE | 4238 | 2818 | 0001 | 0.00 | |

DESC: ORDER FOR MEDIATION

| 00004 | 07/30/2014 | ANTONIA ARTEAGA | 4260 | 2002 | 0004 | 0.00 | |

DESC: SCHEDULING ORDER

| 00005 | 08/19/2014 | LARRY NOLL | 4248 | 1588 | 0002 | 0.00 | |

DESC: ORDER

GRANTING SECOND MOTION FOR LEAVE TO

SUPPLEMENT SUMMARY JUDGMENT EVIDENCE

| 00006 | 08/19/2014 | LARRY NOLL | 4248 | 1590 | 0004 | 0.00 | |

DESC: ORDER

GRANTING PARTIAL SUMMARY JUDGMENT

| 00008 | 10/15/2014 | DAVID A. CANALES | 4296 | 0925 | 0002 | 0.00 | |

DESC: ORDER

GRANTING MOTION TO BE EXCUSED FROM

MEDIATION

| 00007 | 10/20/2014 | ANTONIA ARTEAGA | 4286 | 2609 | 0007 | 0.00 | |

DESC: JUDGMENT

| 00009 | 10/31/2014 | ANTONIA ARTEAGA | 4300 | 1450 | 0002 | 0.00 | |

DESC: ORDER ON

DEFT'S M/T SET THE AMOUNT OF SUPERSEDEAS
BOND

00010  11/12/2014  NO SIGNATURE REQUIRE      4310    0669    0001        0.00
       DESC: ORDER FROM 4TH COURT OF APPEAL

00011  11/24/2014  CATHERINE STONE           4315    0660    0001        0.00
       DESC: ORDER FROM 4TH COURT OF APPEAL

**BOND   INFORMATION**

SEQ     DATE FILED    PRINCIPAL

# BILL OF COST

Date: 12/01/2014                              CAUSE NO. 2013CI17001

Style: BROADWAY COFFEHOUSE LLC
        VS.
    MARCUS ROGERS ET AL

73RD Judicial District Court, Bexar County, Texas

TO:  PHILIP M ROSS
    1006 HOLBROOK RD
    SAN ANTONIO, TX  78218-3325

| | |
|---|---|
| DISTRICT CLERKS FEE | $153.00 |
| CIV LEG SV (2) | $20.00 |
| SECURITY | $5.00 |
| DISPUTE RS | $15.00 |
| LAW LIBRARY | $15.00 |
| **CLERKS RECORDS FEE** | **$939.00** |
| RECORDS | $10.00 |
| JUDICIAL FEE | $40.00 |
| STENOGRAPH | $15.00 |
| APP JUD SY | $5.00 |
| DC RECORDS | $10.00 |
| JSF2 | $42.00 |
| CONSLD FEE | $10.00 |
| DCTECH FEE | $15.00 |
| CH-RENOVAT | $15.00 |
| RECPRESERV | $10.00 |
| E-FILING | $40.00 |
| E-FILE-SYS | $72.00 |

TOTAL:                                        $1431.00

| LESS PAYMENT RECEIVED: | | |
|---|---|---|
| | CURL & STAHL | $389.00 |
| | LAW OFF. OF JAMES RODRIGUEZ | $2.00 |
| | BINGHAM & LEA | $69.00 |
| | THE SHAW CORP. | $2.00 |
| | PHILIP M. ROSS | $30.00 |

I, Donna Kay M<sup>c</sup>Kinney, Clerk of the District Courts of and for Bexar County, Do Hereby
Certify that the above and foregoing are true and correct bill of cost due in this cause.

_Isabel C. Lizcano_
Isabel C. Lizcano, DEPUTY
Donna Kay McKinney, District Clerk
Bexar County, Texas

Case Number: 2013CI17001                                              Page 1 of 2



CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY M<sup>c</sup>KINNEY, BEXAR COUNTY DISTRICT
CLERK, DO HEREBY CERTIFY THAT THE FOREGOING
IS A TRUE AND CORRECT COPY OF THE ORIGINAL
RECORD NOW IN MY LAWFUL CUSTODY. WITNESS
MY OFFICIAL HAND AND SEAL OF OFFICE ON THIS

*December 19, 2014*

**DONNA KAY M<sup>c</sup>KINNEY**
**BEXAR COUNTY, TEXAS**

By: *Cecilia Barbosa*
_____

CECILIA BARBOSA, Deputy District Clerk
*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

# CERTIFICATE

THE STATE OF TEXAS

COUNTY OF BEXAR

     I, Donna Kay M<sup>c</sup>Kinney, Clerk of the District Court of Bexar County, Texas do hereby certify that the documents contained in this record, Cause No. 2013CI17001, of which this certification is attached are all of the documents specified by Texas Rule of Appellate Procedure 34.5 (a) and all other documents timely requested by a party to this proceeding under Texas Rule of Appellate Procedure 34.5 (b).

GIVEN UNDER MY HAND AND SEAL of said Court at office in the City of

San Antonio, Bexar County, Texas this 28th day of October, 2014.


                        Donna Kay M<sup>c</sup>Kinney

                        Clerk, 73RD Judicial District Court of Bexar County, Texas


                        By: _CECILIA BARBOSA,_ Deputy


\* \* \* \* \* \* \* \* \* \*



CERTIFIED COPY CERTIFICATE STATE OF TEXAS
I, DONNA KAY McKINNEY, BEXAR COUNTY DISTRICT
CLERK, DO HEREBY CERTIFY THAT THE FOREGOING
IS A TRUE AND CORRECT COPY OF THE ORIGINAL
RECORD NOW IN MY LAWFUL CUSTODY. WITNESS
MY OFFICIAL HAND AND SEAL OF OFFICE ON THIS:

*December 19, 2014*

**DONNA KAY McKINNEY
BEXAR COUNTY, TEXAS**

By: *Cecilia Barbosa*
_____

CECILIA BARBOSA, Deputy District Clerk

*(NOT VALID WITHOUT THE CLERKS'S ORIGINAL SIGNATURE.)*

# TAB 2

# ORDER PARTIAL SUMMARY JUDGMENT



ACCEPTED
04-13-00518-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/25/2014 4:57:03 PM
KEITH HOTTLE
CLERK

2013CI17001 -D073

CAUSE NO. 2013-CI-17001

| | | |
|---|---|---|
| BROADWAY COFFEEHOUSE, LLC | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 73RD JUDICIAL DISTRICT OF APPEALS |
| | § | |
| MARCUS ROGERS, AS TRUSTEE FOR | § | |
| THE SAKS CHILDREN TRUST A/K/A | § | |
| ATFL&L, A TEXAS TRUST; ET AL. | § | BEXAR COUNTY, TEXAS |

FILED IN
73RD JUDICIAL DISTRICT
SAN ANTONIO, TEXAS
8/25/2014 4:57:03 PM
KEITH E. HOTTLE

## ORDER GRANTING PARTIAL SUMMARY JUDGMENT

On the 19th day of August, 2014 came on to be considered the Plaintiff's Amended Motion for Partial Summary Judgment, filed herein by Plaintiff, BROADWAY COFFEEHOUSE, LLC. The Court, having considered said Motion, the Responses thereto, Plaintiff's Second Motion for Leave to Supplement Summary Judgment Evidence, and Plaintiff's Objections to Affidavits of Sandra C. Saks, Diana G. Flores, and Lee Nick McFadin, III, finds the following Order appropriate. It is therefore,

ORDERED, ADJUDGED, AND DECREED that Plaintiff, BROADWAY COFFEEHOUSE, LLC, owns an undivided twenty-five (25%) percent interest, and that Defendant MARCUS ROGERS, AS INTERIM TRUSTEE FOR THE SAKS CHILDREN TRUST A/K/A ATFL&L, A TEXAS TRUST, owns an undivided seventy-five (75%) percent interest, in the following real property and improvements (the "Property"):

Lot Four (4), Block Thirty-Three (33), Alamo Heights, City of Alamo Heights, Situated in Bexar County, Texas, according to Plat thereof Recorded in Volume 105, Pages 295-296, Deed and Plat Records of Bexar County, Texas.

It Is further

ORDERED, ADJUDGED, AND DECREED that Plaintiff, BROADWAY COFFEEHOUSE, LLC owns twenty-five (25%) percent, and that Defendant MARCUS ROGERS, AS INTERIM TRUSTEE FOR THE SAKS CHILDREN TRUST A/K/A

ATFL&L, A TEXAS TRUST, owns seventy-five (75%) percent, of the partnership known as 5321 BROADWAY PARTNERS (the "Partnership"), which was established by the Partnership Agreement dated on or about January 16, 1996, and the Partnership has equitable title to the Property. It is further

ORDERED, ADJUDGED, AND DECREED that Defendants, SANDRA C. SAKS A/K/A SANDRA GARZA DAVIS; DIANA M. FLORES A/K/A DIANA GARZA FLORES; LAUREN SAKS MERRIMAN A/K/A GLORIA LAUREN NICOLE SAKS; MARGARET LANDEN SAKS A/K/A LANDEN SAKS; LEE NICK McFADIN, III; and SAKS BROADWAY, LLC; own no interest in the Property or the Partnership. It is further

ORDERED, ADJUDGED, AND DECREED that the following documents filed by Defendant SANDRA C. SAKS A/K/A SANDRA GARZA DAVIS in the Official Public Records of Bexar County, Texas, be and hereby are void and of no force or effect:

Assignment of Interest in the 5321 Broadway Partners A Texas General Partnership Affidavit of Sandra Saks, with attachment(s), recorded at Volume 15643, Page 525 (Document No. 20120157436) of the Official Public Records of Bexar County, Texas.

Deed 5321 Broadway, San Antonio, Texas, with attachment(s), recorded at Volume 16124, Page 1554 (Document No. 20130103922) of the Official Public Records of Bexar County.

5321 Broadway, Texas, Bexar County, Texas Transfer Conveyance Assignment of Interest in the 5321 Broadway Partners Agreement, with

2

attachment(s) recorded at Volume 16124, Page 1562 (Document No. 20130103925) of the Official Public Records of Bexar County.

It is further.

ORDERED, ADJUDGED, AND DECREED that the Property is ordered sold in a manner to be determined by the Court and in accordance with the Partnership Agreement, and that twenty-five (25%) percent of the net proceeds of the sale shall be paid to Plaintiff, BROADWAY COFFEEHOUSE, LLC, and the remaining seventy-five (75%) percent of the net proceeds of the sale shall be paid to ~~MARCUS ROGERS AS~~ into the Court's Register ~~INTERIM TRUSTEE FOR THE SAKS CHILDREN TRUST A/K/A ATFLBL, A TEXAS~~ ~~TRUST~~. It is further

ORDERED, ADJUDGED, AND DECREED that the Partnership is ordered wound-up and terminated, effective as of the date of this Order.

SIGNED this _7_ day of _August_, 2014.

_____
JUDGE PRESIDING

3

APPROVED AS TO FORM:

CURL STAHL GEIS
A PROFESSIONAL CORPORATION
700 North St. Mary's Street, Suite 1800
San Antonio, Texas 78205
Telephone:   (210) 226-2182
Telecopier:  (210) 226-1691

BY: _____
PAUL T. CURL
State Bar No. 05255200
ptcurl@csg-law.com
BRITTANY M. WEIL
State Bar No. 24051929
bmweil@csg-law.com
HERBERT S. HILL
State Bar No. 24087722
hshill@csg-law.com

ATTORNEYS FOR PLAINTIFF
BROADWAY COFFEEHOUSE, LLC


BINGHAM & LEA, P.C.
319 Maverick Street
San Antonio, Texas 78212
Telephone: (210) 224-1819
Telecopier: (210) 224-0141

BY: _____
BENJAMIN R. BINGHAM
State Bar No. 02322350
ben@binghamandlea.com
ROYAL B. LEA, III
State Bar No. 12069680
royal@binghamandlea.com

ATTORNEYS FOR DEFENDANTS
MARCUS P. ROGERS, INTERIM
TRUSTEE FOR THE SAKS
CHILDREN TRUST A/K/A ATFL&L;
5321 BROADWAY PARTNERS;
AND SAKS BROADWAY, LLC

THE SHAW CORPORATION
1100 N.W. Loop 410, Suite 700
San Antonio, Texas 78213
Telephone: (210) 227-3737
Telecopier: (210) 366-0805

BY: _____
RONALD J. SHAW
State Bar No. 18152300
ShawCorporation@aol.com

ATTORNEYS FOR DEFENDANT
DIANA G. FLORES


PHILIP M. ROSS
State Bar No. 17304200
ross_law@hotmail.com
1006 Holbrook Road
San Antonio, Texas  78218
Telephone:  (210) 326-2100

ATTORNEYS FOR DEFENDANTS
MARGARET LANDEN SAKS;
SANDRA C. SAKS; AND
LEE NICK MCFADIN, III


LAUREN SAKS MERRIMAN, Pro Se
laurenmerriman@theblackbook-group.com
825 West Fulton Market, Unit 2
Chicago, Illinois  60607
Telephone:  (210) 789-9190

4

# TAB 3

# JUDGMENT


2013CI17001 -D073

CAUSE NO. 2013-CI-17001

| | | |
|---|---|---|
| BROADWAY COFFEEHOUSE, LLC | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 73RD JUDICIAL DISTRICT |
| | § | |
| MARCUS ROGERS, AS TRUSTEE FOR | § | |
| THE SAKS CHILDREN TRUST A/K/A | § | |
| ATFL&L, A TEXAS TRUST; ET AL. | § | BEXAR COUNTY, TEXAS |

## JUDGMENT

On the 20th day of October, 2014 came on for trial the above-referenced case, in which BROADWAY COFFEEHOUSE, LLC, is Plaintiff and MARCUS ROGERS, AS TRUSTEE FOR THE SAKS CHILDREN TRUST A/K/A ATFL&L, A TEXAS TRUST is Defendant and Cross-Plaintiff; and SAKS BROADWAY, LLC; SANDRA C. SAKS A/K/A SANDRA GARZA DAVIS; DIANE M. FLORES A/K/A DIANA GARZA FLORES; LAUREN SAKS MERRIMAN A/K/A GLORIA LAUREN NICOLE SAKS; MARGARET LANDEN SAKS A/K/A LANDEN SAKS; LEE NICK McFADIN III; and 5321 BROADWAY PARTNERS, are Defendants and/or Cross-Defendants. Having previously granted Partial Summary Judgment in this case, the Court incorporates the Partial Summary Judgment herein. It is therefore,

ORDERED, ADJUDGED, AND DECREED that Plaintiff, BROADWAY COFFEEHOUSE, LLC, owns an undivided twenty-five (25%) percent interest, and that Defendant MARCUS ROGERS, AS INTERIM TRUSTEE FOR THE SAKS CHILDREN TRUST A/K/A ATFL&L, A TEXAS TRUST, owns an undivided seventy-five (75%) percent interest, in the following real property and improvements (the "Property"):

> Lot Four (4), Block Thirty-Three (33), Alamo Heights, City of Alamo Heights, Situated in Bexar County, Texas, according to Plat thereof Recorded in Volume 105, Pages 290-296, Deed and Plat Records of Bexar County, Texas.

It is further

ORDERED, ADJUDGED, AND DECREED that Plaintiff, BROADWAY COFFEEHOUSE, LLC owns twenty-five (25%) percent, and that Defendant MARCUS ROGERS, AS INTERIM TRUSTEE FOR THE SAKS CHILDREN TRUST A/K/A ATFL&L, A TEXAS TRUST, owns seventy-five (75%) percent, of the partnership known as 5321 BROADWAY PARTNERS (the "Partnership"), which was established by the Partnership Agreement dated on or about January 16, 1996, and the Partnership has equitable title to the Property. It is further

ORDERED, ADJUDGED, AND DECREED that Defendants, SANDRA C. SAKS A/K/A SANDRA GARZA DAVIS; DIANA M. FLORES A/K/A DIANA GARZA FLORES; LAUREN SAKS MERRIMAN A/K/A GLORIA LAUREN NICOLE SAKS; MARGARET LANDEN SAKS A/K/A LANDEN SAKS; LEE NICK McFADIN, III; and SAKS BROADWAY, LLC; own no interest in the Property or the Partnership. It is further

ORDERED, ADJUDGED, AND DECREED that the following documents filed by Defendant SANDRA C. SAKS A/K/A SANDRA GARZA DAVIS in the Official Public Records of Bexar County, Texas, be and hereby are void and of no force or effect:

> Assignment of Interest in the 5321 Broadway Partners A Texas General Partnership Affidavit of Sandra Saks, with attachment(s), recorded at Volume 15643, Page 525 (Document No. 20120157436) of the Official Public Records of Bexar County, Texas.

2

Deed 5321 Broadway, San Antonio, Texas, with attachment(s), recorded at Volume 16124, Page 1554 (Document No. 20130103922) of the Official Public Records of Bexar County.

5321 Broadway, Texas, Bexar County, Texas Transfer Conveyance Assignment of Interest in the 5321 Broadway Partners Agreement, with attachment(s) recorded at Volume 16124, Page 1562 (Document No. 20130103925) of the Official Public Records of Bexar County.

It is further

ORDERED, ADJUDGED, AND DECREED that the Property is ordered sold in a manner to be determined by the Court and in accordance with the Partnership Agreement, and that twenty-five (25%) percent of the net proceeds of the sale shall be paid to Plaintiff, BROADWAY COFFEEHOUSE, LLC, and the remaining seventy-five (75%) percent of the net proceeds of the sale shall be paid into the Court's registry. It is further

ORDERED, ADJUDGED, AND DECREED that the Partnership is ordered wound-up and terminated, effective as of the date of the Partial Summary Judgment, August 19, 2014.

The parties advised the Court that the only remaining issue to be tried is the award of attorney's fees, and agreed to try this issue to the Court without a jury. The Court proceeded to hear evidence and arguments on the issue of attorney's fees, and based upon good and sufficient evidence makes its ruling as follows. It is, therefore,

3

ORDERED, ADJUDGED and DECREED that Plaintiff, BROADWAY COFFEEHOUSE, LLC, have and recover of and from Defendants SANDRA C. SAKS A/K/A SANDRA GARZA DAVIS, MARGARET LANDEN SAKS A/K/A LANDEN SAKS, and LEE NICK McFADIN, III, jointly and severally, attorney's fees through trial in the amount of Sixty Six Thousand Six Hundred Twenty Eight and No/100 Dollars ($66,628.00), with interest thereon at the rate of five percent (5.0%) per annum from date of judgment until paid. It is further

ORDERED, ADJUDGED and DECREED that Plaintiff, BROADWAY COFFEEHOUSE, LLC, have and recover of and from Defendants SANDRA C. SAKS A/K/A SANDRA GARZA DAVIS, MARGARET LANDEN SAKS A/K/A LANDEN SAKS, and LEE NICK McFADIN, III, jointly and severally, additional attorney's fees in the amount of Twenty-Four Thousand and No/100 Dollars ($24,000.00) upon any such Defendant's filing a notice of appeal to the Court of Appeals; additional attorney's fees in the amount of Twelve Thousand and No/100 Dollars ($12,000.00) upon any such Defendant's filing a petition for review to the Texas Supreme Court; additional attorney's fees in the amount of Twenty-Four Thousand and No/100 Dollars ($24,000.00) if the Texas Supreme Court requests briefing on the merits; and additional attorney's fees in the amount of Twelve Thousand and No/100 Dollars ($12,000.00) upon the granting of any such Defendant's petition for review to the Texas Supreme Court. If no appeal is taken in this case, or if Plaintiff does not prevail on appeal, then Plaintiff shall recover none of the additional attorney's fees set forth in this paragraph. Interest shall accrue on any additional attorney's fees set forth in this paragraph at the rate of five percent

4

(5.0%) per annum from the date of each event resulting in additional attorney's fees as referenced in this paragraph. It is further

ORDERED, ADJUDGED and DECREED that Cross-Plaintiff MARCUS ROGERS, AS TRUSTEE FOR THE SAKS CHILDREN TRUST A/K/A ATFL&L, A TEXAS TRUST, have and recover of and from Cross-Defendants SANDRA C. SAKS A/K/A SANDRA GARZA DAVIS and LEE NICK McFADIN, III, jointly and severally, attorney's fees through trial in the amount of _Eight Thousand Two hundred fifty_ and No/100 Dollars ($_8,250.00_ ), with interest thereon at the rate of five percent (5.0%) per annum from date of judgment until paid. It is further

ORDERED, ADJUDGED and DECREED that Cross-Plaintiff, MARCUS ROGERS, AS TRUSTEE FOR THE SAKS CHILDREN TRUST A/K/A ATFL&L, A TEXAS TRUST, have and recover of and from Cross-Defendants SANDRA C. SAKS A/K/A SANDRA GARZA DAVIS and LEE NICK McFADIN, III, jointly and severally, additional attorney's fees in the amount of _Twenty two thousand_ and No/100 Dollars ($_22,000.00_ ) upon either such Cross-Defendant's filing a notice of appeal to the Court of Appeals; additional attorney's fees in the amount of _eleven thousand_ and No/100 Dollars ($_11,000.00_ ) upon either such Cross-Defendant's filing a petition for review to the Texas Supreme Court; additional attorney's fees in the amount of _Twenty two thousand_ and No/100 Dollars ($_22,000.00_ ) if the Texas Supreme Court requests briefing on the merits; and additional attorney's fees in the amount of _eleven thousand_ and No/100 Dollars ($_11,000.00_ ) upon the granting of either such Cross-Defendant's petition for review to the Texas Supreme Court. If no appeal is taken in this case, or if Cross-Plaintiff does not prevail on appeal, then Cross-

5

Plaintiff shall recover none of the additional attorney's fees set forth in this paragraph. Interest shall accrue on any additional attorney's fees set forth in this paragraph at the rate of five percent (5.0%) per annum from the date of each event resulting in additional attorney's fees as referenced in this paragraph. It is further

ORDERED, ADJUDGED and DECREED that Plaintiff, BROADWAY COFFEEHOUSE, LLC, have and recover of and from Defendants SANDRA C. SAKS A/K/A SANDRA GARZA DAVIS, MARGARET LANDEN SAKS A/K/A LANDEN SAKS, and LEE NICK McFADIN, III, jointly and severally, all costs of court, with interest thereon at the rate of five percent per annum from date of judgment until paid.

Plaintiff, BROADWAY COFFEEHOUSE, LLC, and Cross-Plaintiff, MARCUS ROGERS, AS TRUSTEE FOR THE SAKS CHILDREN TRUST A/K/A ATFL&L, A TEXAS TRUST, are allowed such writs and processes as they deem necessary in the enforcement and collection of this judgment.

All relief requested by any party and not expressly granted herein is hereby denied. This is intended to be a final, appealable judgment which disposes of all claims and parties.

SIGNED this 20th day of October, 2014.

_____
HONORABLE ANTONIA ARTEAGA

6

APPROVED AS TO FORM:

CURL STAHL GEIS
A PROFESSIONAL CORPORATION
700 North St. Mary's Street, Suite 1800
San Antonio, Texas 78205
Telephone:   (210) 226-2182
Telecopier:   (210) 226-1691

BY: _Brittany M. Weil_
PAUL T. CURL
State Bar No. 05255200
ptcurl@csg-law.com
BRITTANY M. WEIL
State Bar No. 24051929
bmweil@csg-law.com
HERBERT S. HILL
State Bar No. 24087722
hshill@csg-law.com

ATTORNEYS FOR PLAINTIFF
BROADWAY COFFEEHOUSE, LLC


BINGHAM & LEA, P.C.
319 Maverick Street
San Antonio, Texas 78212
Telephone: (210) 224-1819
Telecopier: (210) 224-0141

BY: _____
BENJAMIN R. BINGHAM
State Bar No. 02322350
ben@binghamandlea.com
ROYAL B. LEA, III
State Bar No. 12069680
royal@binghamandlea.com

ATTORNEYS FOR DEFENDANTS
MARCUS P. ROGERS, INTERIM
TRUSTEE FOR THE SAKS
CHILDREN TRUST A/K/A ATFL&L;
5321 BROADWAY PARTNERS;
AND SAKS BROADWAY, LLC

THE SHAW CORPORATION
1100 N.W. Loop 410, Suite 700
San Antonio, Texas 78213
Telephone: (210) 227-3737
Telecopier: (210) 366-0805


BY: _____
RONALD J. SHAW
State Bar No. 18152300
ShawCorporation@aol.com

ATTORNEYS FOR DEFENDANT
DIANA G. FLORES


PHILIP M. ROSS
State Bar No. 17304200
ross_law@hotmail.com
1006 Holbrook Road
San Antonio, Texas 78218
Telephone:   (210) 326-2100

ATTORNEYS FOR DEFENDANTS
MARGARET LANDEN SAKS;
SANDRA C. SAKS; AND
LEE NICK MCFADIN, III


LAUREN SAKS MERRIMAN, Pro Se
laurenmerriman@theblackbook-group.com
825 West Fulton Market, Unit 2
Chicago, Illinois 60607
Telephone:   (210) 789-9190

7

TAB 4

ORDER
SETTING AMOUNT OF
SUPERSEDEAS BOND

DOCUMENT SCANNED AS FILED



2013CI17001 -D073

## CAUSE NO. 2013-CI-17001

| | | |
|---|---|---|
| BROADWAY COFFEEHOUSE LLC | § | IN THE DISTRICT COURT |
| | § | |
| VS | § | |
| | § | |
| MARCUS ROGERS, AS TRUSTEE FOR | § | 73RD JUDICIAL DISTRICT |
| THE SAKS CHILDREN TRUST A/K/A | § | |
| ATTFL&L, A TEXAS TRUST; SAKS | § | |
| BROADWAY, LLC; SANDRA C. SAKS, | § | |
| A/K/A SANDRA GARZA DAVIS; DIANE | § | |
| M. FLORES, A/K/A DIANA GARZA | § | |
| FLORES; LAUREN SAKS MERRIMAN | § | |
| A/K/A GLORIA LAUREN NICOLE SAKS; | § | |
| MARGARET LANDEN SAKS, A/K/A | § | |
| LANDEN SAKS; AND LEE NICK | § | |
| MCFADIN, III | § | BEXAR COUNTY, TEXAS |

## ORDER

ON THIS DAY, came on to be heard the Defendants' Amended Motion to set the amount of a supersedeas bond. The Court, having considered the Defendants' *and evidence* motion and the Plaintiff's response, as well as the argument of counsel for the parties finds that the Motion has merit and should be granted. Therefore, it is ORDERED that the amount of the supersedeas bond to suspend the judgment is

$ 170,237.76 for Lee Nick McFadin, III; $_____

for Sandra C. Saks and/or $_____ for Landen Saks.

OCT 3 1 2014

_____
Hon. Antonia Arteaga
Judge Presiding

1

DOCUMENT SCANNED AS FILED

APPROVED AS TO FORM ONLY:

Philip M. Ross, SBN 17304200
Phone: 210-326-2100
Email: ross_law@hotmail.com

Royal B. Lea, III, SBN 12069680
Phone: 210-224-1891
Email: royal@binghamandlea.com

Paul T. Curl, SBN 05255200
Phone: 210-226-2182
Email: ptcurl@csg-law.com

# TAB 5

# NOTICE OF APPEAL

CAUSE NO. 2013-CI-17001

| BROADWAY COFFEEHOUSE LLC | § | IN THE DISTRICT COURT |
| | § | |
| VS | § | |
| | § | |
| MARCUS ROGERS, AS TRUSTEE FOR | § | 73RD JUDICIAL DISTRICT |
| THE SAKS CHILDREN TRUST A/K/A | § | |
| ATTFL&L, A TEXAS TRUST; SAKS | § | |
| BROADWAY, LLC; SANDRA C. SAKS, | § | |
| A/K/A SANDRA GARZA DAVIS; DIANE | § | |
| M. FLORES, A/K/A DIANA GARZA | § | |
| FLORES; LAUREN SAKS MERRIMAN | § | |
| A/K/A GLORIA LAUREN NICOLE SAKS; | § | |
| MARGARET LANDEN SAKS, A/K/A | § | |
| LANDEN SAKS; AND LEE NICK | § | |
| MCFADIN, III | § | BEXAR COUNTY, TEXAS |

NOTICE OF APPEAL

TO THE HONORABLE JUDGE PRESIDING AND TO THE JUSTICES OF THE FOURTH JUDICIAL DISTRICT COURT OF APPEALS:

COME NOW, SANDRA SAKS, LEE NICK MCFADIN, III and MARGARET LANDEN SAKS, by and through undersigned counsel, and file their Notice of Appeal pursuant to TRAP Rule 25.1, and would show the Court as follows:

1 SANDRA SAKS, LEE NICK MCFADIN, III and MARGARET LANDEN SAKS desire to Appeal from the Judgment, signed on October 20, 2014 in Cause No. 2013-CI-17001, styled BROADWAY COFFEEHOUSE LLC v MARCUS

1

ROGERS, AS TRUSTEE FOR THE SAKS CHILDREN TRUST A/K/A ATTFL&L, A TEXAS TRUST; SAKS BROADWAY, LLC; SANDRA C. SAKS, A/K/A SANDRA GARZA DAVIS; DIANE M. FLORES, A/K/A DIANA GARZA FLORES; LAUREN SAKS MERRIMAN A/K/A GLORIA LAUREN NICOLE SAKS;  MARGARET LANDEN SAKS, A/K/A LANDEN SAKS; AND LEE NICK  MCFADIN, III, pending in 73rd District Court, Bexar County, Texas.

2      The date of the Order appealed from is October 20, 2014.

3      SANDRA SAKS, LEE NICK MCFADIN, III and MARGARET LANDEN SAKS desire to appeal.

4      SANDRA SAKS, LEE NICK MCFADIN, III and MARGARET LANDEN SAKS desire to appeal to the Fourth Court of Appeals, San Antonio,    Texas.

5      SANDRA SAKS, LEE NICK MCFADIN, III and MARGARET LANDEN SAKS are the parties filing this appeal.

6      This Notice of Appeal is being served on all parties to the court's Orders and Judgment.

WHEREFORE,  SANDRA  SAKS,  LEE  NICK  MCFADIN,  III  and MARGARET LANDEN SAKS hereby file this notice of appeal.  They also claim such further relief to which they may be justly entitled.

2

Respectfully submitted,

Philip M. Ross
SBN 17304200
1006 Holbrook Road
San Antonio, Texas 78218
Phone: 210/326-2100
Email: ross_law@hotmail.com

By:   /s/ Philip M. Ross
   Philip M. Ross
   Attorney for Lee Nick McFadin, III,
Margaret Landen Saks and Sandra C.
Saks

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been e-filed and sent to Brittany M. Weil and Paul T. Curl, CURL & STAHL, P.C., Attorneys for Broadway Coffeehouse LLC, and Royal B. Lea, III, attorney for Marcus Rogers, on October 20, 2014 in compliance with the Texas Rules of Civil Procedure and/or by email pursuant to agreement.

/s/  Philip M. Ross
Philip M. Ross

# TAB 6

# SUPPLEMENT TO NOTICE OF APPEAL

| | | |
|---|---|---|
| BROADWAY COFFEEHOUSE LLC | § | IN THE DISTRICT COURT |
| | § | |
| VS | § | |
| | § | |
| MARCUS ROGERS, AS TRUSTEE FOR | § | 73RD JUDICIAL DISTRICT |
| THE SAKS CHILDREN TRUST A/K/A | § | |
| ATTFL&L, A TEXAS TRUST; SAKS | § | |
| BROADWAY, LLC; SANDRA C. SAKS, | § | |
| A/K/A SANDRA GARZA DAVIS; DIANE | § | |
| M. FLORES, A/K/A DIANA GARZA | § | |
| FLORES; LAUREN SAKS MERRIMAN | § | |
| A/K/A GLORIA LAUREN NICOLE SAKS; | § | |
| MARGARET LANDEN SAKS, A/K/A | § | |
| LANDEN SAKS; AND LEE NICK | § | |
| MCFADIN, III | § | BEXAR COUNTY, TEXAS |

## SUPPLEMENT TO NOTICE OF APPEAL

TO THE HONORABLE JUDGE PRESIDING AND TO THE JUSTICES OF THE FOURTH JUDICIAL DISTRICT COURT OF APPEALS:

COME NOW, SANDRA SAKS, LEE NICK MCFADIN, III and MARGARET LANDEN SAKS, by and through undersigned counsel, and file their Supplement to Notice of Appeal pursuant to TRAP Rule 25.1, and would show the Court as follows:

1    SANDRA SAKS, LEE NICK MCFADIN, III and MARGARET LANDEN SAKS filed their Notice of Appeal on October 20, 2014.

2    Appellants identified the Judgment dated October 20, 2014 as the Order appealed from.

3    Appellants desire to add the Order granting partial summary judgment, dated August 25, 2014, which was incorporated into the Judgment, as well as the Order, dated October 31, 2014, setting the amount of the supersedeas bond, to the Orders appealed from.

4    The dates of the Orders appealed from are August 25, 2014, October 20, 2014, and October 31, 2014.

3    SANDRA SAKS, LEE NICK MCFADIN, III and MARGARET LANDEN SAKS  desire to appeal.

4    SANDRA SAKS, LEE NICK MCFADIN, III and MARGARET LANDEN SAKS  desire to appeal to the Fourth Court of Appeals, San Antonio,   Texas.

5    SANDRA SAKS, LEE NICK MCFADIN, III and MARGARET LANDEN SAKS are the parties filing this appeal.

6    This Notice of Appeal is being served on all parties to the court's Orders.

WHEREFORE, SANDRA SAKS, LEE NICK MCFADIN, III and MARGARET LANDEN SAKS hereby file this supplement to their notice of appeal.  They also claim such further relief to which they may be justly entitled.

Respectfully submitted,

Philip M. Ross, SBN 17304200
1006 Holbrook Road
San Antonio, Texas 78218
Phone: 210/326-2100
Email: ross_law@hotmail.com

By:   <u>/s/ Philip M. Ross</u>
   Philip M. Ross
   Attorney for SANDRA SAKS,
   LEE NICK MCFADIN, III and
   MARGARET LANDEN SAKS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been e-filed and served on February 20, 2015 by email pursuant to agreement to Paul T. Curl and Royal B. Lea, III.

<u>/s/ Philip M. Ross</u>
Philip M. Ross